STATE OF CONNECTICUT *v.* DAVID GREATHEART

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Alphonse DiBenedetto,* public defender, in support of the petition.

*Robert E. Beach, Jr.,* assistant state's attorney, in opposition.

Submitted May 9—decided May 15, 1978

BONNIE L. CASTLEMAN *v.* ZONING BOARD OF APPEALS OF THE TOWN OF MANCHESTER

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied by the court.

*Jules A. Karp,* in support of the petition.

Submitted May 10—decided May 30, 1978

MARY H. MILLS ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF FAIRFIELD

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County is granted by the court.

*Aaron B. Schless,* in support of the petition.

*William J. Fitzpatrick III,* in opposition.

Submitted May 11—decided May 30, 1978